# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAR 13 AM 9:03

DEPUTY CLERK _____

SHERIDON SHELBY
Plaintiff

v.

KWIK KAR / GUIDE STAR
Defendant

Case Number: 318-CV0532-B

## Request for Attorney

I Sheridon Shelby respectfully request legal assistance in said case number 318-CV0532-B, reasons being i am indigent in funds due to lack of employment Dates 9-8-17 to 3-8-18, i've been employed for 3 day as of today, upon help from Attorney i am willing if favarable agree to a percentage fee for there (Attorney's) work.

* Attach additional pages as needed.

Date: 3-13-18
Signature: [signature]
Print Name: SHERIDON SHELBY
Address: 3516 Elsie Faye Heggins
City, State, Zip: Dallas, TX 75210
Telephone: 682-551-0687