IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERIDON SHELBY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:18-cv-532-B (BT) |
| | § | |
| KWIK CAR/GUIDE STAR, | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed a motion for appointment of counsel. A plaintiff in a civil action is not entitled to court-appointed counsel as a matter of right. *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982). Rather, the decision whether to appoint counsel for an indigent litigant rests within the sound discretion of the trial court. *See* 28 U.S.C. § 1915(e)(1). In this case, the Defendant has not yet filed an answer. The Court therefore denies the motion without prejudice as premature.

SO ORDERED.

Signed March 20, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE