# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 APR 12 PM 12:40

DEPUTY CLERK _____

**Plaintiff:** SHERIDON SHELBY

v.

**Defendant:** Kwik Kar / Guide Star

**Case Number:** 3:18-CV-00532-B

Request clerk to reissue summons

Kwik Industries (Human Resources) Dept
4725 Nall RD
Farmers Branch
75224

* Attach additional pages as needed.

**Date:**
**Signature:** Sheridon Shelby
**Print Name:** SHERIDON SHELBY
**Address:** 3517 Cleveland #3
**City, State, Zip:** Dallas, TX 75215
**Telephone:** 682-551-0687

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 APR 12 PM 12:40

DEPUTY CLERK ___

ORIGINAL

SHERIDON SHELBY
Plaintiff

v.

KWIK KAR / GUIDE STAR
Defendant

3:18-CV-00532-B
Case Number

Clerk to reissue summons

c/o former owners Kwik Kar / Guide Star

Rahil Sajan and or
Munira Ali-Sajan
(Confirmed Address) 1502 Milla Ct
Euless, TX 76039 / Gated Community
Cell Phone 214-578-4020

* Attach additional pages as needed.

Date: S

Signature: SLshy

Print Name: SHERIDON SHELBY

Address: 3517 Cleveland #3

City, State, Zip: Dallas, TX 75215

Telephone: 682-551-0687