PLEASE EXECUTE THIS ACKNOWLEDGMENT OF RECEIPT AND RETURN TO THE U.S. DISTRICT CLERK. (NO POSTAGE NEEDED)

TO: **United States Marshals Service**

RE: 3:18-cv-532-B

**RECEIVED:**

Amended Order, Summons Reissued, Complaint.

on this __12__ day of __April__, 20_18_

_____
(Addressee/Agent for Addressee)