USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:18-cv-00532-B Document 22 Filed 05/02/18 Page 1 of 3 PageID 53

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Sheridon Shelby | COURT CASE NUMBER: 3:18-CV-532-B |
| DEFENDANT: Kwik Kar /Guide Star | TYPE OF PROCESS: Summons in a Civil Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kwik Kar/Guide Star /Kwik Industires (Human Resources Dept)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4725 Nall Road, Dallas, TX 75244

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sheridon Shelby
3517 Cleveland, #3
Dallas, TX 75215

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 77
District to Serve: No. 77
Signature of Authorized USMS Deputy or Clerk: *[signed]*
Date: 4/16/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): David ~~No~~ Nylander / Receptionist

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 4-18-18
Time: 11:35 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Robert Henn 4812

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $13.30 | 0 | $78.30 | 0 | $0.00 |

REMARKS:
1 DUSM @ $65 hour for 1hr and 24.4 miles

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sheridon Shelby | 3:18-CV-532-B |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kwik Kar /Guide Star | Summons in a Civil Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kwik Kar/Guide Star c/o former owners Rayil Sajan and/or Munira Ali-Sajan
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1502 Milla Ct., Euless, TX 76039

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sheridon Shelby
3517 Cleveland, #3
Dallas, TX 75215

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | | 4/11/18 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation. etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc named above (See remarks below)

Name and title of individual served (if not shown above)
Rayil Sajan

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Date | Time | |
|---|---|---|
| 4/24/2018 | 4.00 | ☐ am ☑ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $11.82 | -0- | $76.82 | | $0.00 |

REMARKS:
4/24 - 39.8 miles r/t.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00532-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rayil Sajan / Munira Ali-Sajan
was received by me on *(date)* April 18, 2018.

☑ I personally served the summons on the individual at *(place)* Rayil Sajan at 1502 Milla Ct. Euless, TX on *(date)* April 24, 2018; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ 11.52  for travel and $ 65.00  for services, for a total of $ 76.82

I declare under penalty of perjury that this information is true.

Date: April 24, 2018

K. Luckey
Server's signature

K. Luckey, DUSM
Printed name and title

U.S. Courthouse Ft. Worth, TX
Server's address

Additional information regarding attempted service, etc:
4/24 - 39.8 miles r/t.