# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Div

**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY 14 PM 2:08

DEPUTY CLERK

SHERIDON SHELBY
Plaintiff

v.

KWIK Kar / Guide Star
Defendant

Case Number: 3:18-CV-00532-B

Motion court to enter default

Motion court to enter default on Kwik Industries for experation of defendant to serve answer on plantoff and court in said civil action (complaint)

* Attach additional pages as needed.

Date: 
Signature: Shel Sh[?]
Print Name: SHERIDON SHELBY
Address: 3517 Cleveland #3
City, State, Zip: Dallas, TX 75215
Telephone: 682-551-0687