UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Div

ORIGINAL

BT

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY 18 PM 1:12

DEPUTY CLERK ___

SHERIDON SHELBY
Plaintiff

v.

KWIK KAR / Guide Star
Defendant

3:18-CV-00532-B
Case Number

motion court to enter default

Motion court to enter default on former owners Rayil Sajan and Munira Ali-Sajan

* Attach additional pages as needed.

Date ___
Signature ___
Print Name SHERIDON SHELBY
Address 3517 Cleveland
City, State, Zip Dallas, TX 75215
Telephone 682-551-0687