# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUL -5 PM 4: 34

DEPUTY CLERK ___

SHERIDON Shelby
Plaintiff

v.

Kwik Kar / Guide Star
Defendant

Case Number 3:18-CV-00532-B

## Clerk to enter Default

On c/o former owners
Kwik Kar | Guide Star | RMEE Inc

Rayil Sajan and or Munira Ali Sajan
1502 Milla Ct
Euless, TX 76039 (Gated Community
Phone # 214-578-4020

* Attach additional pages as needed.

Date

Signature _Shelby_

Print Name SHERIDON Shelby

Address 3516 Elsie Faye Heggins

City, State, Zip Dallas TX 75210

Telephone 214-448-9841