# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____

US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUL -5 PM 4:34

DEPUTY CLERK _____GK_____

**SHERIDON SHELBY**
Plaintiff

v.

**Kwik Kar/Guide Star**
Defendant

Case Number: **3:18-CV-00532-B**

### Clerk to enter Default

on Kwik industries (Kwik Kar)
H/R 4725 nall RD
Dallas, TX 75244

* Attach additional pages as needed.

Date: _____
Signature: SLd
Print Name: SHERIDON SHELBY
Address: 3516 Elsie faye Heggins
City, State, Zip: Dallas, TX 75210
Telephone: 214-448-9841