# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUL 20 AM 11:45

DEPUTY CLERK _____

SHERIDON SHELBY
**Plaintiff**

v.

Kwik Kar / Guidestar
**Defendant**

Case Number: 3:18-CV-532-B

Request Clerk to Enter Judgement for followin amounts on Kwik Industries (Kwik Kar)

$330,000

Affadavits Included computations

* Attach additional pages as needed.

Date: _____

Signature: ShdShe

Print Name: SHERIDON SHELBY

Address: 3516 Elsie Faye Heggins

City, State, Zip: Dallas, TX 75210

Telephone: 214-448-9841

# Statement

TO: Kwik Industries (Kwik Kar)

When working the name on my uniform displayed Kwik Kar, the sign on the Building Displaye Kwik Kar, I have worked at two different locations between 2010 and 2017 both times i was the only afro american there, both times i was fired for reasons other than misconduct, your trademark/logo either unknowingly ar. worse knowingly deliberately displayed publicly a negative connotation K<u>w</u>i<u>k</u> <u>K</u>ar KKK, the correct spelling of q<u>u</u>ick is not spelled with a <u>K</u>, the correct spelling of car is not spelled with a <u>K</u>. This is a malicisous spelling also offensive and insensitive, I have work under 4 different ownes 3 of which were very insensitive toward afro americans customers and employee's. I have yet to hear of or even seen a afro american owner under your trademark, your 800 stores nationwide i hope is not flawed with the same attitude you practice locally. For these reasons i have intensly studied and proceed with the following in damages and relief.

Sincerly
Sheridon Shelby
7-20-18

Furthermore your company does not Audit the Maintained services of Illegal workers, immigrants, and alien under your trademark.

Because both defendants have fail to defend or even answer what the knew was a damaging act of race discrimation against a afro america person in employment under the Kwik Kar trade mark. And the two previous owners perpetuated discriminatory acts against my self (Sheridon Shelbs), and maintained the services of illegal alien, securing them in management position and other vital positions. for these reasons i ask for a combined total amount of $906,000 nine hundred and six thousand dollars as computated in the following Affadavits

c/o former owners guidestar/REMEE inc
Ragil and muniera sajan

five hundred and seventy six thousand Dollars — 576,000

Kwik industries (Kwik Kar) 330,000
Three hundred and thirty thousand Dollars

TOTAL $906,000

Page 3

Relief Kwik industries

*Emotional Distress* → 1. Perpetuating and Displaying publicly a negative Racist group in your trademark

~~Kwik Kar~~

~~You~~ Quick is not spelled with a K. neither is Car this is Deliberate & maliscious

ALSO:

*Punitive* → 2.) unknowingly or worse knowingly Securing services from Illegal immigrant

where: ~~Kwik Kar on mockingbird~~
when: ~~2013-2015~~
who: ~~Ramiro Torres~~

where: Kwik Kar on Lemmon
when: 2016 - 2017
who: Ramiro Torres / Javier ? pit ma 3/18
                                    5/17

3.) I have worked for Kwik Kar Twice at two Different locations Bot times i was the only afRo-~~American~~ both times i was fired for reasons other than misconduct.

Damages & Relief

Damages: (Kwik Kar)

1) Perpetuating negative racist displays publicly, $10,000

2) Allowing trademark to be used to draw illegal immigrants to US for employment; $100,000

Total $110,000

Made complaints to Kwik Kar G.mgr - J. Wigg
Lube mgr - R. Torres

Prepared By: S Levdansu

Gross neglegence : Securing and maintaining services of Illegal immigrants : ~~Seedute~~ In management.

60,000
Sixty thousand Dollars

page Ⓐ

Ⓑ

gross neglegence : in (PUBLICLY DISPLAYING)
a negative ~~S.A.S~~ Trade mark that offends and perpetuates Employment Discrimination ~~S.A.S~~

**K'wik Kar**

use card / use letter head

This served as the **basis** for the discrimination ~~carried~~ out agaist the Afro-american ~~citizens~~ Employee

page ⑧ ← $50,000 - fifty thousands Dollars

Amount : $110,000
one hundred and ten thousand Dollars

Ponititive Damage: 220,000
Two hundred and twenty thousand Dollars

Total         330,000
Three hundred & thirty thousand Dollars

②

Handwritten annotations (top left, rotated):
1- 2able ...
2- Ramero Rcn't perform State Insp
3- S-L can't perform State Insp

Handwritten (top): JOB Discription was courtesy tech no D.L. required other / courtesy tech # (usa-HB8) no-DL

I.E.

EXHIBIT

Employee Name: Sheridan Shelby   Date: 9/1/2017

The purpose of this written warning is to bring to your attention your lack of being compliant with your job description due to not having a valid drivers license. Failure to have a valid license has effected your job description. According to Kwik Kar policy all employees must have a valid drivers license to perform state inspection, and do any kind of work on customers vehicle.

The intent is to define for you the seriousness of the situation so that you may take immediate corrective action. This written warning will be placed in your personnel file.

REASON(S) FOR FINAL WARNING: Failure to provide Valid Driver's License

It is required by Kwik Kar ON LEMMON to have a valid driver's license so an employee can drive customers vehicle. Two weeks verbal warning was provided to Mr. Sheridan Shelby with a witness of his supervisor Ramero Torres present to provide a valid license to Kwik Kar.

CORRECTIVE ACTION(S) REQUIRED:

The above has been discussed with me by my supervisor. I understand the contents and acknowledge and understand the corrective action required. I also acknowledge and understand the potential consequences of noncompliance.

I understand that I have had 2 weeks to rectify this behavior and have failed to reinstate my expired license due to warrants.

Signatures:
Employee _____ Date: 9-1-17
Supervisor _____ Date: 7-1-17

Handwritten (bottom):
Lube mgr. never done State Inspection from 7-21-16 - 9-8-17 (witnessed) SA5.

R. Torres Signature Self professed illegal immigrant.

n page A

I.D

| | 28-Aug M | 29-Aug T | 30-Aug W | 31-Aug Th | 1-Sep F | 2-Sep S |
|---|---|---|---|---|---|---|
| RT | 8:00 - 6:00 | 8:00-6:00 | 8:00-6:00 | 8:00-6:00 | 8:00-6:00 | 8:00 - 5:00 |
| EE | 1:30 - 6:00 | 1:30 - 6:00 | 1:30 - 6:00 | 1:30 - 6:00 | 8:00-6:00 | 8:00 - 5:00 |
| PG | 8:00-4:00 | 9:00-6:00 | 8:00-4:00 | 9:00-6:00 | 9:00-6:00 | 8:00-5:00 |
| SS | 10:00-6:00 | 10:00-4:00 | OFF | OFF | 10:00-4:00 | 9:00-5:00 |
| JR | 8:00 - 6:00 | 8:00-6:00 | 8:00 - 6:00 | 11:00-6:00 | 8:00 - 6:00 | 8:00 - 5:00 |
| HC | 8:00 - 6:00 | 8:00-6:00 | 8:00 - 6:00 | 8:00 - 6:00 | 8:00 - 6:00 | OFF |

****EACH EMPLOYEE WILL TAKE AT LEAST A **1 HOUR** BREAK DURING THE DAY TO STAY MENTALLY REFRESHED THROUGHOUT THE DAY. CHECK WITH RAMIRO OR JEFF PRIOR TO LEAVING FOR ANY BREAKS. SCHEDULE SUBJECT TO CHANGE AT ANY TIME

(handwritten annotations: mgr-Lube, P.Person ↑, Asst mgr ↑, JR circled)

Handwritten legend:
- RT – Ramiro Torres  2 yrs
- EE – Edgar Espinoza  2 yrs
- PG – Pablo Gomez  1.5
- SS – Sheldon Shelby  1.0
- JR – Javier ? (Ramiro 4 mos)
- HC – Hector Carono  9 mos

Asst mgr HC

page (A) ___

# Kwik Kar

## Service Review
### (214) 615-7372

Kwik Kar
5020 Lemmon Avenue
Dallas, TX 75209

Date: Aug 23, 2017

JAMIE CLAYTON
541 LEGENDS DR
LEWISVILLE, TX 75057
(682) 225-4513
JAMIE71377@HOTMAIL.COM

VEHICLE ID TX-CJ7Z940
2007 TOYOTA COROLLA 4cyl 1.8L FI
VIN 2T1BR32E77C790440

## SERVICE HISTORY

| DATE | MILEAGE | SERVICE CODES |
|---|---|---|
| 04/19/17 | 150058 | CAF  FS |
| 03/07/17 | 148442 | INS  LAB  LB |
| 08/31/16 | 141952 | FS |
| 07/06/16 | 139946 | AFC  ATF  ATS  RAD |
| 06/15/16 | 138356 | FS |
| 04/02/16 | 135814 | INS |
| 03/23/16 | 135399 | FS |
| 01/18/16 | 132910 | INS |
| 11/18/15 | 130817 | FS |
| 07/20/15 | 126530 | FS |
| 03/31/15 | 122038 | CAF  FS |
| 01/29/15 | 119932 | INS |
| 11/17/14 | 117370 | FS |
| 07/15/14 | 112530 | AF  FS |
| 03/14/14 | 107920 | FS |
| 01/31/14 | 106187 | INS |
| 11/04/13 | 103087 | FS |
| 07/22/13 | 98586 | FS  TRO |

## LEGEND

| | |
|---|---|
| AF | Air Filter |
| AFC | Antifreeze/Coolant |
| ATF | Auto Trans Fluid |
| ATS | Auto Trans Service |
| CAF | Cabin Air Filter |
| FS | Full Service |
| INS | Inspection |
| LAB | Labor |
| RAD | Radiator Service |



Page B

## RECOMMENDATIONS FOR MILEAGE 154270

| SERVICES/PARTS | RECOMMENDED SERVICE INTERVAL | MILES SINCE LAST SERVICE* | STATUS* | PRICE |
|---|---|---|---|---|
| Full Service | Service No OEM specification. REPLACE crankcase oil filter no oem specification. | 4212 | | $39.99 AND UP |
| Automatic Transmission Service | Service every 72 months or 60,000 miles. INSPECT FLUID LEVEL automatic transmission/transaxle every 36 months or 30,000 miles. | 14324 | OK | $119.99 AND UP |
| Rear Differential Service | Service Recommendation not Available. | 154270 | | $64.99 AND UP |
| Radiator Service | Service first at 120 months or 100,000 miles. Then service every 60 months or 50,000 miles. INSPECT FLUID LEVEL cooling system every 18 months or 15,000 miles. Add fluid if necessary. | 14324 | OK | $89.99 AND UP |

Vehicle manufacturers commonly describe SEVERE SERVICE driving conditions to include any of the following.
Refer to your owner's manual for a definition specific to your vehicle.

☐ Stop-and-Go driving
☐ Frequent trips less than 5 miles
☐ Idling for extended periods
☐ Driving in extreme heat or cold
☐ Pulling trailers of heavy loads
☐ Driving in dust or sand