# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 AUG 15 AM 11: 58

SHERIDAN SHELBY

Plaintiff

v.

Kwik Kar | Guide Star

Defendant

DEPUTY CLERK _____

3:18-CV-532-B

Case Number

## Application for court to enter Default

C/o former owners:
Guidestar | Remee inc
Rayil Sajan and or munira Ali-Sajan
1502 milla ct
Euless, TX 76039

* Attach additional pages as needed.

Date

Signature _____

Print Name SHERIDAN ShelBy

Address 3516 Elsie faye Heggins

City, State, Zip Dallas, TX 75210

Telephone 214- 434- 3590

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

*JOIS BP KL*

| PLAINTIFF<br>Sheridon Shelby | COURT CASE NUMBER<br>3:18-CV-532-B  #4 |
|---|---|
| DEFENDANT<br>Kwik Kar /Guide Star | TYPE OF PROCESS<br>Summons in a Civil Action |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kwik Kar/Guide Star c/o former owners Rayil Sajan and/or Munira Ali-Sajan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1502 Milla Ct., Euless, TX 76039

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Sheridon Shelby<br>3517 Cleveland, #3<br>Dallas, TX 75215 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | *Mhchd* | 4/11/18 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*)<br>*Rayil Sajan* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date<br>4/24/2018 | Time<br>4.00 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or) (Amount of Refund*) |
|---|---|---|---|---|---|
| #65.00 | #11.82 | -0- | #76.82 | | $0.00 |

REMARKS:
4/24 - 31.8 miles r/t.

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment,
if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

5-16-18 *Return*

Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00532-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rayil Sajan / Mvnira Ali-Sajan
was received by me on *(date)* April 18, 2018.

☑ I personally served the summons on the individual at *(place)* Rayil Sajan at
1502 Milla Ct. Evless, TX ___ on *(date)* April 24, 2018; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ 11.52   for travel and $ 65.00   for services, for a total of $ 76.82

I declare under penalty of perjury that this information is true.

Date: April 24, 2018

_____
Server's signature

K. Luckey, DUSM
Printed name and title

U.S. Courthouse Ft. Worth, TX
Server's address

Additional information regarding attempted service, etc:
4/24 - 39.8 miles r/t.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | | |
|---|---|---|
| Sheridon Shelby | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-532-B |
| | § | |
| | § | |
| Kwik Kar/Guide Star | § | |
| Defendant | § | |

## <u>CLERK'S ENTRY OF DEFAULT</u>

The record reflects that service of the complaint has been made upon the Defendant named below:

Kwik Kar/Guide Star

_____

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT


s/ K. Cheng
By: Deputy Clerk on 7/6/2018