IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHERIDON SHELBY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 318-CV0532-B |
| KWIK KAR/GUIDE STAR, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING KWIK INDUSTRIES' MOTION TO VACATE ENTRY OF DEFAULT AND MOTION TO DISMISS

Before the Court is Kwik Industries, Inc.'s Motion to Vacate Entry of Default and Motion to Dismiss ("Motion") (Dkt. 39) After considering the Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED that the Clerk's Entry of Default (Dkt. 35) is vacated and Plaintiff's Complaint against Kwik Industries is hereby dismissed with prejudice.

SIGNED: __Oct. 9__, 2018.

Jane J. Boyle
United States District Judge