UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERIDON SHELBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-0532-B |
| | § | |
| KWIK KAR/GUIDE STAR | § | |
| and KWIK INDUSTRIES | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 9, 2018, the Court held a hearing on Plaintiff's Motions for Default Judgment (Doc. 31 and Doc. 32), filed on July 20, 2018. All parties were present. After considering the matter, the Court dismissed Kwik Industries from the case (Doc. 41). As Defendant Kwik Kar/Guide Star—represented by Rahil Sajan and Munira Sajan—was present and contested Mr. Shelby's claims, the Court finds that good cause exists to set aside the Clerk's Entry of Default as to Kwik Kar/Guide Star. *See* Fed. R. Civ. P. 55(c).

As such, the Clerk's Entry of Default as to Kwik Kar/Guide Star (Doc. 30) is hereby VACATED. Kwik Kar/Guide Star is ORDERED to answer or otherwise respond to Mr. Shelby's Complaint (Doc. 3) on or before **Tuesday, October 30, 2018.**

To access the electronic documents filed in this case, Kwik Kar/Guide Star may register with this Court's Electronic Case Filing ( ECF) System, available at http://www.txnd.uscourts.gov/ecf-registration. The Court's ECF Help Desk can be reached at either 214-753-2633 or 866-243-2866 if any issues arise. Information about filing *pro se* is available at

http://www.txnd.uscourts.gov/pro-se-litigants; however, parties are advised that entities such as corporations and partnerships may not appear *pro se* and instead must be represented by legal counsel. *See Southwest Express Co. Inc. v. Interstate Commerce Commission*, 670 F.2d 53, 55 (5th Cir. 1982) ("Corporations and partnerships, both of which are fictional legal persons, obviously cannot appear for themselves personally. . . . [T]hey must be represented by licensed counsel.")

The Court directs the Clerk's office to send a copy of this Order and the Order Granting Kwik Industries' Motion to Vacate Entry of Default and Motion to Dismiss (Doc. 41) by certified mail to:

    Sheridon Shelby
    3516 Elsie Faye Heggins
    Dallas, TX 75210

    Kwik Kar/Guide Star
    c/o former owners Rahil Sajan and Munira Sajan
    1502 Milla Ct.
    Euless, TX 76039

SO ORDERED.

DATED October 9, 2018

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE